PHILIP W. BARTENETTI, SBN 47426
 *PBartenetti@ClarkTrev.com*
CLARK & TREVITHICK
800 Wilshire Blvd., Twelfth Floor
Los Angeles, California 90017
Telephone: (213) 629-5700
Facsimile: (213) 624-9441

Attorneys for Plaintiff Simplex Textiles, Inc.

JS-6

```
cc: order, docket, remand letter
```
Los Angeles Superior Court No. BC 504975

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIMPLEX TEXTILES, INC., a Canada corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MEDI-PEDIC, Inc., a California corporation; MUNCHKIN, INC., a California corporation and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV13-3774 SJO (AJWx)<br><br>**ORDER GRANTING STIPULATION REMANDING THE CASE TO THE LOS ANGELES SUPERIOR COURT**<br><br>Assigned to Hon. S. James Otero<br>Courtroom 1<br><br>Trial Date:　　None Set |

The Court having reviewed and considered the Stipulation for Remand of Plaintiff Simplex Textiles, Inc. and Defendant Munchkin, Inc., by and through their attorneys, (collectively herein "the Parties"),

ORDERS that:

　　1.　　This case be remanded to the Los Angeles Superior Court;

　　2.　　That the Parties shall bear their own attorneys' fees and costs in connection with the removal and remand.

DATED: June 20, 2013　　　　　*S. James Otero*
　　　　　　　　　　　　　　　Hon. S. James Otero

1538483.1 (17102.001)

[PROPOSED] ORDER GRANTING STIPULATION REMANDING THE CASE TO THE LOS ANGELES SUPERIOR COURT